# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

LYLE WILLIAMS,

     Plaintiff,

                                       Case No. 11-CV-12601-DT

v.

                                       HONORABLE DENISE PAGE HOOD

COUNTY OF OAKLAND, STATE OF
MICHIGAN, OAKLAND COUNTY
TREASURER, ANDREW E. MEISNER,
JOHN DOES, WILLIAM O. WANDRIE,
DAVID F. BOWEN, GEORGE GARZA,
DIANE ROARK and JOHN DOE,

     Defendants.

_____/

## JUDGMENT

     This matter having come before the Court and pursuant to the Order dismissing the

matter entered this date, accordingly,

     Judgment is entered in favor of Defendants and against Plaintiff.

                                         DAVID J. WEAVER
                                         CLERK OF COURT

Approved:                              By: S/Julie Owens
                                       Deputy Clerk

 s/Denise Page Hood_____
DENISE PAGE HOOD
United States District Judge

DATED: November 30, 2011
Detroit, Michigan

I hereby certify that a copy of the foregoing document was served upon Lyle Williams, 9052
Ortonville Road, Clarkston, MI 48348 and counsel of record on November 30, 2011, by
electronic and/or ordinary mail.

                                         S/Julie Owens
                                       Case Manager