UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LYLE WILLIAMS,

    Plaintiff,

v.

Case No. 11-CV-12601-DT

HONORABLE DENISE PAGE HOOD

COUNTY OF OAKLAND, STATE OF
MICHIGAN, OAKLAND COUNTY
TREASURER, ANDREW E. MEISNER,
JOHN DOES, WILLIAM O. WANDRIE,
DAVID F. BOWEN, GEORGE GARZA,
DIANE ROARK and JOHN DOE,

    Defendants.
_____/

## JUDGMENT

    This matter having come before the Court and pursuant to the Order dismissing the matter entered this date, accordingly,

    Judgment is entered in favor of Defendants and against Plaintiff.

                                                DAVID J. WEAVER
                                                CLERK OF COURT

Approved:                                      By: S/Julie Owens
                                                   Deputy Clerk

 s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: November 30, 2011
Detroit, Michigan

I hereby certify that a copy of the foregoing document was served upon Lyle Williams, 9052 Ortonville Road, Clarkston, MI 48348 and counsel of record on November 30, 2011, by electronic and/or ordinary mail.

                                                S/Julie Owens
                                                Case Manager